**DENIED and Opinion Filed December 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00984-CV**

**IN RE GREYHOUND LINES, INC., Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19065**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Molberg

In its October 5, 2023 petition for writ of mandamus, relator challenges a trial court's order denying its motion to dismiss for forum non conveniens.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

<table>
<tr><td></td><td>/Ken Molberg/</td></tr>
<tr><td>230984f.p05</td><td>KEN MOLBERG<br>JUSTICE</td></tr>
</table>